**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Shee Atika Languages, LLC, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:13cv850 |
| Global Linguist Solutions, LLC | ) ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 8/1/14 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendant Global Linguist Solutions, LLC and against the plaintiffs Shee Atika Languages, LLC and The Shee Atika Languages, LLC, Liquidating Trust.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Kathy Lau
Deputy Clerk

Dated: 8/4/2014
Alexandria, Virginia