FILED: May 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1904
(1:13-cv-00850-LMB-TRJ)

_____

SHEE ATIKA LANGUAGES, LLC, a limited liability company organized under the laws of the State of Alaska with its principal place of business in Sitka, Alaska; THE SHEE ATIKA LANGUAGES, LLC, LIQUIDATING TRUST, a trust organized under the laws of the State of Alaska with its principal place of business in Sitka, Alaska

      Plaintiffs - Appellants

v.

GLOBAL LINGUIST SOLUTIONS, LLC, a limited liability company organized under the laws of the State of Delaware with its principal place of business in Falls Church, Virginia

      Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK